# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 00-CR-2590-CAB |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. | |
| ENRIQUE GOMEZ AVILA (6), | |
| Defendants. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that Count One (1) of the Indictment against Defendant Enrique Gomez Avila in the above-entitled case shall be dismissed without prejudice.

IT IS FURTHER ORDERED the arrest warrant previously issued shall be recalled.

IT IS SO ORDERED.

DATED: 3/2/2020 .

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge